[No. 41816-5-I.    Division One.    June 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICE GAMAL TOLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01024-6, Charles S. French, J., entered December 1, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Coleman, J.

[No. 42048-8-I.    Division One.    June 28, 1999.]

*In the Matter of the Marriage of* SANDRA E. LEWING, *Respondent*, and WILLIAM LEWING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-09066-6, Jim Bates, J., entered January 15, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.

[No. 42089-5-I.    Division One.    June 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. M.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04722-8, Richard D. Eadie, J., entered January 6, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Cox, JJ.

[No. 42138-7-I.    Division One.    June 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-07136-6, Joan Allison, J. Pro Tem., entered January 15, 1998. *Affirmed* by unpublished per curiam opinion.